```
                                                    ┌─────────────────────────┐
                                                    │        FILED            │
                                                    │    March 15, 2012       │
                                                    │ CLERK, US DISTRICT COURT│
                                                    │  EASTERN DISTRICT OF    │
                                                    │      CALIFORNIA         │
                                                    │      DEPUTY CLERK       │
                                                    └─────────────────────────┘
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )          Case No. 2:12-mj-00077-EFB
            Plaintiff,              )
v.                                  )
                                    )          ORDER FOR RELEASE OF
BILLY STEFFEY,                      )          PERSON IN CUSTODY
            Defendant.              )
                                    )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release BILLY STEFFEY, Case No. 2:12-mj-00077-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $100,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    _____    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/15/2012_ at _3:12pm_

By _____
      Edmund F. Brennan
      United States Magistrate Judge